**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-6705

SATHRIE ROBINSON,

Plaintiff - Appellant,

v.

DR. MATTHEW CARPENTER, M.D., in their individual capacity; DR. BELAY TESSEMA, M.D., in their individual capacity; DR. NIMELY CONTAH, M.D., in their individual capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:20-cv-00801-SAG)

Submitted:  September 24, 2020                    Decided:  September 29, 2020

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sathrie Robinson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sathrie Robinson appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robinson v. Carpenter*, No. 1:20-cv-00801-SAG (D. Md. Apr. 21, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*